1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                No. 2:23-cv-02194-TLN-KJN

       IN RE:  STEVEN WAYNE BONILLA          No. 2:23-cv-02195-TLN-KJN
12

13                                                No. 2:23-cv-02196-TLN-KJN

14                                                No. 2:23-cv-02207-TLN-KJN

15                                                No. 2:23-cv-02208-TLN-KJN

16                                                No. 2:23-cv-02209-TLN-KJN

17                                                No. 2:23-cv-02210-TLN-KJN

18                                                No. 2:23-cv-02211-TLN-KJN

19                                                No. 2:23-cv-02212-TLN-KJN

20                                                No. 2:23-cv-02213-TLN-KJN

21                                                **ORDER**

22

23

24        Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

25  above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

26  litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

27  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

28  Alameda County.  (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

1

1  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

2  the Court to open a new case for each attempted new case pleading and assign it to Magistrate

3  Judge Kendall J. Newman for review.  (*Id.* at ECF No. 26).  If the Court determines the new filing

4  is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed

5  and closed.  (*Id.*)

6      The Court has reviewed the complaints/petitions filed in the above-captioned cases and

7  finds they are related to Plaintiff's Alameda County criminal conviction.[1]

8      Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02194, 2:23-cv-02195, 2:23-

9  cv-02196, 2:23-cv-02207, 2:23-cv-02208, 2:23-cv-02209, 2:23-cv-02210, 2:23-cv-02211, 2:23-

10  cv-02212 and 2:23-cv-02213 are hereby DISMISSED.  The Clerk of the Court is directed to close

11  these cases.  No further filings will be accepted.

12      IT IS SO ORDERED.

13  DATED: November 16, 2023

14

15

16  _____
    Troy L. Nunley

17  United States District Judge

18

19

20

21

22

23

24

25  [1]    The captions of the complaints/petitions filed in Case Nos. 2:23-cv-02207, 2:23-cv-02208,
26  2:23-cv-02209, 2:23-cv-02211, 2:23-cv-02212, and 2:23-cv-02213 erroneously identify the Kings
    County Superior Court.  The complaints/petitions in these cases are related to Plaintiff's Alameda
27  County criminal conviction.  Accordingly, to the extent Plaintiff intended to raise the claims in
    these complaints/petitions in this Court, the complaints/petitions are dismissed pursuant to the
28  Court's amended vexatious litigant Order.

2